Gloria D. Dickerson
7 Peter Cooper Road, 8G
New York, New York 10010
917.584.6028

April 29, 2024

The Honorable Michael A. Hammer
Magistrate Judge
US District Court of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:  Dickerson v. New Jersey Institute of Technology, et al.
No. 2:19-cv-08344-SDW-MAH

Dear Judge Hammer,

    Plaintiff writes to inform the Court that no Expert Witness Reports will be submitted in this case by Plaintiff. Thank you.

Respectfully submitted,

Gloria D. Dickerson, Pro Se
Plaintiff

cc: Eric S. Padilla, Esq.
    Kathleen N. Fennelly, Esq.